63 A.3d 1217

IN THE MATTER OF BRYAN C. SCHROLL, AN ATTORNEY
AT LAW (ATTORNEY NO. 047401992).

April 17, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–204, concluding that **BRYAN C. SCHROLL** of **VOORHEES,** who was admitted to the bar of this State in 1992, should be censured for violating *RPC* 1.1(a) (gross neglect); *RPC* 1.3(lack of diligence); *RPC* 1.4(b)(failure to communicate with client); *RPC* 4.1(a)(1)(false statement of fact to third person); *RPC* 8.4(c)(dishonesty, fraud, deceit or misrepresentation); and *RPC* 8.1(a)(misrepresentations to ethics authorities);

And **BRYAN C. SCHROLL** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **BRYAN C. SCHROLL** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.